# Court of Appeals
# of the State of Georgia

ATLANTA, October 30, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0083. GOKUL SWEETS REALTY, LLC v. SALIM JIWA d/b/a S&D PROPERTIES, LLC et al.**

Gokul Sweets Realty, LLC sued Salim Jiwa d/b/a S&D Properties, LLC, S&D Property Management, LLC, and S&D Properties, LLC for specific performance and breach of contract claims regarding a failed real estate transaction. The trial court granted directed verdict to Jiwa and the other defendants on the specific performance claim, and the jury returned a verdict in favor of Gokul Sweets Realty on the breach of contract claim. Final judgment was entered on the verdict, and Jiwa and the other defendants filed a direct appeal from the final order.[1] In the meantime, Jiwa and the other defendants filed a motion for OCGA § 9-15-14 attorney fees in the trial court regarding money expended in defending the specific performance claim. The trial court granted this motion on September 13, 2013, and Gokul Sweets Realty has filed this application for discretionary appeal from the trial court's grant of OCGA § 9-15-14 attorney fees.

Although an application for discretionary appeal is ordinarily required to appeal a trial court's ruling on OCGA § 9-15-14 attorney fees, no such application is needed when a direct appeal is pending in the underlying judgment. See *Haggard v. Board of Regents of University System of Georgia*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987). Thus, because a direct appeal is pending in the underlying case, no application is required.

This Court will grant an otherwise timely discretionary application pursuant to

---

[1] This direct appeal has been docketed as Case No. A14A0011.

OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal. As it does not appear that Gokul Sweets Realty has filed a notice of appeal from the trial court's September 13, 2013 order, this application is hereby GRANTED. Gokul Sweets Realty shall have ten days from the date of this order to file a notice of appeal with the trial court. The trial court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/30/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*